# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MONTRELLE FENNIDY AND STEPHEN FENNIDY, SR., ON BEHALF OF THEIR MINOR CHILD, F.F., AND TOYONITA PARQUET AND GREGORY DAVIS ON BEHALF OF THEIR MINOR CHILD, T.D.** | * * * * * * | **CIVIL ACTION NO. 19-12032** <br><br> **SECTION: "F"** <br><br> **JUDGE MARTIN L.C. FELDMAN** |
| **Versus** | * * | |
| | * | **MAGISTRATE 1** |
| **CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | * * * * * | **MAGISTRATE JUDGE JANICE VAN MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO STAY PROCEEDINGS

NOW COMES Plaintiffs, Montrelle Fennidy and Stephen Fennidy, Sr. on behalf of their minor child, F.F., and Toyonita Parquet and Gregory Davis, on behalf of their minor child T.D., who respectfully move for an order staying current proceedings pending mediation with this Honorable Court. The parties have a scheduled a conference with the magistrate judge on December 2nd, 2019 at 9am, the first date available for all parties and the magistrate judge. Plaintiffs request this stay as there are pending deadlines before this court, specifically but not exclusively, defendants' answer to the complaint which is currently due on September 20, 2019.

WHEREFORE, Plaintiffs Montrelle Fennidy and Stephen Fennidy, Sr. on behalf of their minor child, F.F, and Toyonita Parquet and Gregory Davis, on behalf of their minor child T.D., pray that the Court grant their Motion to Stay Proceedings and order that all proceedings be stayed until 10 days after the magistrate judge conference in the aforementioned caption case.

-2-

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, STAKELUM,
& HAYES, LLP**

*\_\_\_/s/ Inemesit U. O'Boyle_____*
JAMES M. WILLIAMS (BRN 26141)
INEMESIT U. O'BOYLE (BRN 30007)
ERIN B. RIGSBY (BRN 37374)
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, I electronically filed the foregoing with he Clerk of Court by using the CM/ECF system and that notice will thereby be electronically served on all counsel via electronic mail.

*\_\_\_\_\_/s/ Inemesit U. O'Boyle_____*
INEMESIT U. O'BOYLE