UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MONTRELLE FENNIDY AND STEPHEN FENNIDY, SR., ON BEHALF OF THEIR MINOR CHILD, F.F., AND TOYONITA PARQUET AND GREGORY DAVIS ON BEHALF OF THEIR MINOR CHILD, T.D.** | * * * * * * | **CIVIL ACTION NO. 19-12032** <br><br> **SECTION: "F"** <br><br> **JUDGE MARTIN L.C. FELDMAN** |
| **Versus** | * * | |
| **CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | * * * * * | **MAGISTRATE 1** <br><br> **MAGISTRATE JUDGE JANICE VAN MEERVELD** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion:

IT IS HEREBY ORDERED that current proceedings and pending deadlines, including but not limited to defendants' answers, are hereby stayed and the matter is hereby closed administratively, to be reopened if necessary upon proper motion.

New Orleans, Louisiana this __18th__ day of __September__, 2019.

_____
**THE HONORABLE JUDGE FELDMAN**
*UNITED STATES DISTRICT JUDGE,*
*EASTERN DISTRICT OF LOUISIANA*