MINUTE ENTRY
VAN MEERVELD
December 2, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MONTRELLE FENNIDY, ET AL.,<br>    *Plaintiffs*, | 19-CV-12032 |
| VERSUS | JUDGE MARTIN L.C. FELDMAN |
| CHRIST THE KING PARISH SCHOOL, ET AL.,<br>    *Defendants*. | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

The parties met to discuss the status of the case.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 04:00