UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONTRELLE FENNIDY. and STEPHEN FENNIDY, SR., on behalf of their minor child F.F. and TOYONITA PARQUET and GREGORY DAVIS on behalf of their minor child, T.D.<br><br>Plaintiffs<br><br>VERSUS<br><br>CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, and THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS<br><br>Defendants | * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO: 19-CV-12032<br><br>JUDGE MARTIN L. C. FELDMAN<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Motion to Seal Petition for Authority to Settle Minor's Claims filed by Montrelle Fennidy and Stephen Fennidy, Sr., as the natural parents of the minor child F.F.:

**IT IS HEREBY ORDERED** that the Motion is hereby, **GRANTED** and that the Petition for Authority to Settle Minor's Claims filed by Montrelle Fennidy and Stephen Fennidy, Sr., as the natural parents of the minor child F.F. be sealed.

New Orleans, Louisiana, this ___15th___ day of _____January_____, 2020.

_____
DISTRICT JUDGE